Johnny C, Murray Bd4172 D1-137
FULL NAME

Po Box 5007
COMMITTED NAME (if different)

calpatra,Calipatra,Cal 92233
FULL ADDRESS INCLUDING NAME OF INSTITUTION

BD4172 D1-137 calipatra,state prison
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny, c Murray<br>PLAINTIFF,<br>v.<br>Medical,Supervisor,James<br>DEFENDANT(S). | CASE NUMBER<br>CV-17-7129-cas-(as)<br>*To be supplied by the Clerk*<br><br>**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*<br>☒ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Medical , a officer was handcuffing me and going up and down flights of staires aftre being informed i was not to be off ground leavel
feal down and got hurt.

a. Parties to this previous lawsuit:
Plaintiff Johnny c Murray

Defendants C.D.C

b. Court ?

c. Docket or case number ?

d. Name of judge to whom case was assigned ?

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Seataled out of court

f. Issues raised: Meadical heath and safty

g. Approximate date of filing lawsuit: ?

h. Approximate date of disposition ?

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

   Pleas see Exibit 1,Grievance,Resoltion.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff JohnnyCMurray BD4172-D1-137
(print plaintiff's name)

who presently resides at Calipatrea Califorina 92233
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Ventera County Jail, Ventera cal 93101
(institution/city where violation occurred)

on (date or dates) May,1/2017 (Claim I), ____________ (Claim II), ____________ (Claim III).

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Medical,Supervisor,James/fp#5 (full name of first defendant) resides or works at

800,south victora,ventera califorina,93001 (full address of first defendant)

Medical,Superviser,ventera count jail, (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

Exibit 1, she states she read the plantiffs fill and know his medical needs but faild toresond resonubly to them ie read youer fil

2. Defendant ____________ (full name of first defendant) resides or works at

____________ (full address of first defendant)

____________ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

3. Defendant ____________ (full name of first defendant) resides or works at

____________ (full address of first defendant)

____________ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant ______________________ resides or works at
(full name of first defendant)

______________________
(full address of first defendant)

______________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________

______________________

5. Defendant ______________________ resides or works at
(full name of first defendant)

______________________
(full address of first defendant)

______________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________

______________________

D. CLAIMS*

CLAIM I

The following civil right has been violated:

8th,Amendment rights wher viulated, Medical superviser James failed in her dutyes to respond resunubletyoa knowen medical need,puting the plaintiffs heath and safty at risk of wanton infliction of pain. Farmer V Brennan511.us 825-832(XXXX) (1994) Jet VPenner.439 f3d 1091-1098(9th cir2006)Wynn VSouthward251. f 3d. 588-594(7th cir2001) Chaves VCady.207f3d.901.903.906(7th ci r2000) Green V Branson 108 f3d 12961303(10th cir1997) Lancaster V MonroeCounty116 f3d1419 1427 11th cir (1997) Superviser James know of the on going medical needs of the plantife but she/he just sead hope you git beeter soon. and walked away with out even a resonubel response to a well dociumented medical need

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Fact 1 super viser james failed to respond resunubly to the plantiffes medical needs even after she here selfadmits she her self read the medical records of the XX plantife in here Words, i havcerecevedyouergrivencesand reviedyouer medicalrecored sorry to here you fell from up on a top bunk hope you git well soon, No qustions why the plantif was on a top bunk to begine with she states in Exibit 3,page 1of3 Exibit 2 dateed 5/2/17 your fall did not hapen becuase there was no m.t.o,s so that washes medicals hands of this no the plantife askes James for healp she states hope you git beter soon and walkes away,as if nuthing neaver hapend. she here self put thre medical departme nt needs befor the needs of the paytionent (pleas put in a req west to medical for m. t. o.s but also you cant have themin her respons to the greveance

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The 8th amendment prowhibibts Cruale and Unusawel Punishment and the prowteckction from inhumane conditions.................

Officer Gilroy falid toresonuble respond to a known medicale needs

Pain and sufering...

Nominal compinsation......

Feb,,5, 2018,
*(Date)*

Johnny,c, Murray
*(Signature of Plaintiff)*

Exibit 1#

INDex. PaGe'S 1of3/ 2of3/ 3of3/

1 of 3. . InMate Grievance Resolution Form.....

2 of 3. .. Inmate. Grevvance Form. Grevence No# 61116.....

3 of 3... Inmate Grievance Form. GrEvance No# 61124...

| | | | | | |
|---|---|---|---|---|---|
| DATE / ISSUED : | 5/3/2017 11:50:47 | STAFF : | Fleck | INMATE : | Murray, John |
| DATE / RECEIVED : | 5/4/2017 04:30:38 | STAFF : | Laguna | BOOKING NO. : | 1982042 |
| | | | | HOUSING LOCATION: | MJ-4-F -4 -06 |
| | | | | DATE : | 5/3/2017 11:51:22 |
| | | | | GRIEVANCE NO.: | 61116 |

JN

# INMATE GRIEVANCE RESOLUTION FORM

## RESOLUTION:

**Mr. Murray,** 1 of 3....

**I have received your grievance and reviewed your medical record. We are sorry to hear of your seizure and resulting fall from the top bunk, and hope that you are recovering well. Mr. Murray in the future if you encounter this issue, please submit a blue kite asap so that you can be seen by a provider and have all necessary MTO's in place. In a jail of this size, the best practice is to place all requests for medical care in writing as opposed to relying on verbal requests, just as you have done in the past. Unfortunately medical staff is not allowed to provide printed paperwork generated from custody's database to currently incarcerated inmates. Upon release, you may request a copy of all medical records for $15. We do hope that you begin to feel better, and encourage you to continue communicating with medical staff in writing should you need any additional assistance.**

**Thanks**

**NOTE:** ***If you are dissatisfied with the grievance resolution, you may appeal the resolution by completing the appeal section below. Attach prior grievance forms(s) and direct to the next highest level.***

| | | | | |
|---|---|---|---|---|
| ☐ 1. HOUSING OFFICER | | SERIAL NO. | | DATE |
| ☐ 2. LEVEL SUPERVISOR | | SERIAL NO. | | DATE |
| ☑ 3. MEDICAL SUPERVISOR | James | SERIAL NO. | FP #5 | DATE 05/08/2017 09:50:26 |
| ☐ 4. MEDICAL MANAGER | | SERIAL NO. | | DATE |
| ☐ 5. CUSTODY COMMANDER | | SERIAL NO. | | DATE |

**BRIEFLY STATE YOUR GRIEVANCE RESOLUTION APPEAL:**

Im Apauled At your Acusation As If this was my falt. As for me [illegible] Getting Better. Yes I Will. with No Help from your Medical Inn In Sever Pain with [illegible] from Banging my Head of the Concreat floor from 4 Bunk 7 feet over Medical Rile Sucks. No Pain Meds Nuthing No one even Botherd to see me af[illegible] my Temputer. ok your Good Roling me [illegible]. for two days [illegible] my [illegible] All. And Know You Imply This is my falt. look In your own Wor[illegible] Say we Are Not Alowed Are Medical Records or Eny Thing out of Deputys Computer's So How was I to Know. It your ResPonsubility To Make Shure my Medical is took Care of. Iv Been In your Jail two Years. And never Had Problem with my Lower Lower. Know the Deputys Are Saying Medicals falt [illegible] Medical Saed its the Deputys falt. Know You Are Saying my falt! my MTO. was Isuewed April 11, 2016 With Britny, Mth Courtny, Mth Miss Garcia. Seaid Epaleptic. Mtos Never Expire they Goin to Deputy [illegible]. And Clasification. Until the Inmate is Relesed from Custody [illegible] needs to Git with Custody to make Shure No one Els is Bein Hurt.... Clasifcation Deputy Gilroy On 5-12-17, Gave Grievenc. Back Seaid it Been Resolved Do Not Send Back [illegible] or you will Recive. Major for [illegible]

TIME ISSUED 5/3/17 1150 STAFF 5039 INMATE: JOHN MURRAY

TIME RECEIVED 5/3/17 0430 STAFF 5129 BOOKING NO. 1982042

HOUSING LOCATION MJ-4-E-4-6

DATE 5/3/17

GRIEVANCE NO. 61116

# MEDICAL INMATE GRIEVANCE FORM

2 of 3.

...e in the Ventura County Jail system, you have a complaint regarding your CUSTODY TREATMENT, MEDICAL TREATMENT, or ...elated CUSTODY PROBLEMS, you may complete the following INMATE GRIEVANCE FORM. Every attempt will be made to re... your grievance at the first level; however, it may be necessary to bring your grievance to higher levels for resolution.

*Grievances may be filed in all matters EXCEPT decisions handed down by the court.*

...FLY STATE YOUR GRIEVANCE: I Johnny C. Murray, have the following grievance

Asked for Copies of Any And All Reports By Medical ...rding The May 1st incident in E4-08 I Had a Sezer [on] the Top Bunk And fell or flopped off of the Bunk when [I w]as Assigned to a lower Bunk lower Tier, Busting my Head [and] fracktshering my T12 Vertebra in my Bake, As well as ... [illegible] Deep Brusing in Ribs thigh Right side [wa]s sent to out side Hospital Medical Blood Test MRI's ExRays [we]re Taken Regarding Injuries to my Back Head side Right [I w]ould like Any And All Reports By the Doctor that came in [the] cell as well as the Nurse On May 1st And All the Reports [fro]m VCMC Hospital Any and all Blood test's All medical [rec]ords from May 1 2017 from 8Am to May 2 12pm. [I] would like Copy of lower/lower Chrono.

Thank You For your Time And Consideration

[illegible] Deputy Sgt Montemayor, Send Head Court order [illegible] ... Court order to ... Med Records [illegible] ... Deputy Lewis And other Reports Send ... [illegible] Records ... And All Records/Reports By Doctor's/Nurse's from May 1st [to M]ay 2 12 pm. Regarding ... in Cell E4-08 ... And falling from Top Bunk Was Not Supose to [be] on Top Bunk And would like Copy of lower/lower ... Showing ... Tier ... Bunk All the Records ... [illegible] Thank You.

[illegible]

( Rev. 6/09 ) DISTRIBUTION White - To Inmate Canary - To Inmate Jacket

DATE / TIME ISSUED 5/31 2304 STAFF 5129

DATE / TIME RECEIVED 5/4/17 0858 STAFF 5039

INMATE: MURRAY, John
BOOKING NO. 1982042
HOUSING LOCATION MS-4-F-4-08
DATE 5/3/17

GRIEVANCE NO. 61124

[illegible] Sent to [illegible] Sent this to [illegible] classification Deputy [illegible] 5/10/2017

Staff Reports

# INMATE GRIEVANCE FORM

3 of 3

If, while in the Ventura County Jail system, you have a complaint regarding your CUSTODY TREATMENT, MEDICAL TREATMENT, or other related CUSTODY PROBLEMS, you may complete the following INMATE GRIEVANCE FORM. Every attempt will be made to resolve your grievance at the first level; however, it may be necessary to bring your grievance to higher levels for resolution.

*Grievances may be filed in all matters EXCEPT decisions handed down by the court.*

**BRIEFLY STATE YOUR GREIVANCE: I** Johnny C. Murray have the following grievance

On 4/17/2017 I was found [illegible] [illegible] seen by the Watch Commander on 4/17/2017 He placed me in [illegible] Cell [illegible] for 24 Hr's I was Released And Moved to E4-09. Top Tier. I Informed the Deputy that I Could not Be on top tier Top Bunk. I was placed in Holding Cell 2 in E Q [illegible] Until they [illegible] [illegible] me A nother Cell [illegible] A Inmate Edward [illegible], was in Cell 08 And He Had a [illegible] lower [illegible], I was moved [illegible] [illegible] Cell E4-08 Top The Deputy said [illegible] [illegible] [illegible] night. Turned in to 4/18/2017 to May 1. 2017, 14 days of Being Arguing Refusing to go into the Cell, Threatened with Write up's. All Because I asked for a lower Bunk. There when [illegible] Medical Staff. That Told The Deputy's Inmate Murray Needs to Be put on lower Bunk [illegible] said the [illegible] worked on. Others said the Jails over crowded. So I was [illegible] [illegible] Tried to sleep on floor. Deputy Said it's A Security Breach I need to Be on the Bunk Threatened with write up If I Did not Follow a Direct order. And place my Bed on my Bunk. It's A [illegible] by the Safety of Deputy's [illegible] [illegible] in the Cell So [illegible] [illegible] [illegible] I Complied. I [illegible] [illegible] Medical staff Ms. Garcia, Ms [illegible], Ms [illegible] told Deputy's I need a lower Bunk And told Deputy's Both Inmates in Cell E4-08 Have lower [illegible]. I was never Moved. And on May 1 2017 I Had Epaleptic Seizure And fell off Top Bunk Busting My Head [illegible] [illegible] [illegible] After [illegible] [illegible] At VCMC Emergency Room MRI's XRays on My T12 [illegible] is craked in my Back, Deputy [illegible] Came to see How I was. Informed me [illegible] Reports And Photo's where taken of the Emergency Scene of Cell E4-08 And you. I'd like Copy's of these Reports And Picture's Please Thank You. As I [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Head [illegible]. The Concreat were, So with all do Respect to all Deputy's [illegible] Nurse's [illegible] Thank You For [illegible] [illegible] in Seeing [illegible] [illegible] [illegible]. But [illegible] Said I, Johnny C. Murray # 1982042. Please would like Copy of All Deputy's [illegible] Reports And All Pictures taken At the time of the Emergence [illegible] [illegible] Johnny Murray 1982042 in E4-08 Deputy [illegible] [illegible] [illegible] Back Side

SO-1011 (Rev. 6/09) DISTRIBUTION White - To Inmate. Canary - To Inmate Jacket

Please See Back

# Exibit... 2.

InDex... 1 of 1....

1 of 1. Declaration. Under Penalty of Perjury Dated 8/16/2017.

Declaration

Under Penalty of Perjury...

Re: On May 1st 2017 [illegible] of Ventura County Jail Where Told By Medical Nurses... Miss [illegible]... Miss Garcia Miss Country That Johnny Murray Needed to Be Placed on A lower Bunk. That He Has A [illegible] for A lower Bunk. Deputy Dowdy SGT Wentmer Deputy Gilroy. Told Johnny Murray That they Spoke with The Chief Medical officer As well As Doctor Hoffman and the SGT Said He Dep. Dowdy And Classification officer Gilroy where Told Johnny Murray was cleared By Medical Staff. Murray was Told By Deputy Dowdy If he did not Stop Manipulating Staff he would Recive A Major Write up And also Informed Johnny Murray That if He Put His Mattress on The floor He was [illegible] By SGT Wentmer to Write Him up for [illegible] A [illegible] Count And A DA Referal for A Fellony Escape charge. Forcing Johnny Murray to A Top Bunk By Threats of Felony Charges And Admitting He know Of Johnny's Epileptic Disorder. On May 1? 2017 I Edward Leonard was Johnny's cell mate. I Had A lower lower [illegible] my self for Epileps I was Talking To A [illegible] Inmate At the Door Johnny was Reading A Book on His Bunk Top Bunk. Johnny Started Having A Gradual Seizure. I could not Get to Him Before he fell of the top Bunk I was Shocked I Pushed the Emergency Button They did not [illegible] untill I Pushed it And told them there [illegible] where Johnny [illegible] his Head Open when he Hit the Concrete floor from [illegible]. I was [illegible] The Cell [illegible] But they [illegible] Under Penalty Of Perjury... [illegible]

[signature]

08/06/2017

Exibit 3...

Contens..... PAGes. 1 of 3...2of3..3of3.

Exibits. Inmate ReQuest for Services....

PAGe. 1 of 3... Contens...

Exibit. 1. DAted. 4/18/2017.

exibit: 2. DAted. 5/2/2017.

Exibits: Inmate ReQuest for Service's...

PAGe 2 of 3.... Conten's

Exibit: 3. DAted 5/4/2017

Exibit: 4. DAted 5/5/2017

Exibits. Inmate ReQuest for serices.

PaGe 3 of 3. Contents...

Exibit. 5 DAted 5/9/2017...

PAGE 1 of 3

To Medical Staff Dr. Hoffman And James

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

Exibit 1

Dated. 4/18/2017

NAME [illegible] BKG # 1982042
DATE 4/18/2017 TIME 2
LOCATOR: QUAD E 4 Quad CELL 08
MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST Medical Supervisor James [illegible] Classification of [illegible] or Epileptic Seizures And That I Can not Be Put on Top Bunk And That The [illegible] Have Been In Place Since April 11, 2015. For [illegible] Medical And [illegible] Have [illegible]

← Exibit 1

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only
*( Boxes below should be checked in ink )*

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY Dep. [illegible] #5312

ACTION TAKEN Per, Officer [illegible] Custody Classification your [illegible] Have Been cleared by Medical Staff you've Been Appropriately Housed.

DATE 4/20/17 TIME 715 BY [illegible]

RETURN TO (Inmate): MJ ✓ TR ____

SO-1012 ( Rev. 7/03 )

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

Exibit 2

NAME [illegible] BKG # 1982042
DATE 5/[illegible]/2017 TIME [illegible]
LOCATOR: QUAD 4F4-06 CELL -06
MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST Medical Supervisor James [illegible] [illegible]

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only
*( Boxes below should be checked in ink )*

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY [illegible]

ACTION TAKEN [illegible]

DATE ____ TIME ____ BY ____

RETURN TO (Inmate): MJ ____ TR ____

SO-1012 ( Rev. 7/03 )

Exibit-2 Dated. 5/2/17 →

Page. 1 of 3.

PAGE. 2 of 3

Exibit 3

**VENTURA COUNTY SHERIFF'S OFFICE**
**INMATE REQUEST FOR**
**INFORMATION OR SERVICE** [illegible]

Exibit
← 3
Dated
5/4/2017

NAME J. Murray BKG # [illegible]

DATE 5-4-2017 TIME [illegible]

**LOCATOR:** QUAD F4 CELL 6C[illegible]

MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

**SPECIFIC REQUEST** [illegible] I Pleas Have Internal Affairs [illegible] and Please [illegible]. Pleas I'm Asked [illegible] Times for the name of the Medical [illegible] [illegible] Medical [illegible] Inmates [illegible] would not Have [illegible] [illegible] Staff [illegible] [illegible] All [illegible] the name of the Medical [illegible] Ensley,

**INMATES: DO NOT WRITE IN SHADED AREA** [illegible] Inmates [illegible] [illegible]

For staff use only [illegible]

*( Boxes below should be checked in ink )* I've Asked for There Names And Adress

**ROUTE TO ( check one )**

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ________

**REVIEWED AND ROUTED BY** 3743

**ACTION TAKEN**

800 S. VICTORIA AVE
VENTURA, CA 93009
(805) 654-2375

DATE ________ TIME ________ BY ________

**RETURN TO (Inmate):** MJ ____ TR ____
EV ____ Other ____

SO-1012 ( Rev. 7/03 )

Exibit
4
Dated

**VENTURA COUNTY SHERIFF'S OFFICE**
**INMATE REQUEST FOR**
**INFORMATION OR SERVICE**

Exibit. 4

NAME J. Murray BKG # 198204[illegible]

DATE 5. 5. 2017 TIME 11:40 AM

LOCATOR: QUAD F4 CELL 6C[illegible]

MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

**SPECIFIC REQUEST** [illegible] Classification I've Been In Your Jail Feb 21 2016 to May 1 2017 [illegible] I had [illegible] Seizures in that time. Each Staff [illegible] I Have Seizures You [illegible] In Your Letter [illegible] Should Have Came to [illegible]. You Know I'd Get Hurt, But You Place me on [illegible] What I'm Asking is You are A officer of the law You [illegible] Your Letter [illegible]

**INMATES: DO NOT WRITE IN SHADED AREA** [illegible] When You Know I Had 2 Plates And Could Be Hurt

For staff use only
*( Boxes below should be checked in ink )*

**ROUTE TO ( check one )**

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ________

**REVIEWED AND ROUTED BY** Officer Pike 6392

**ACTION TAKEN** No [illegible] In Computer at Time of House [illegible] or Fall

DATE ________ TIME ________ BY ________

**RETURN TO (Inmate):** MJ ____ TR ____

SO-1012 ( Rev. 7/03 )

Exibit
4 →
5/5/17
Dated

PAGE 2 of 3.

PAGE 3 of 3

Exibit 5
Dated
5/9/2017

Exibit 5

VENTURA COUN[TY S]HERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

NAME Johnny Murray BKG # 1982042

DATE 5/9/2017 TIME

LOCATOR: QUAD F4 CELL 06

MAIN JAIL X TODD ROAD EAST VALLEY

SPECIFIC REQUEST [illegible handwritten request] ... But yet Im Being Punished for It. It Was Deputy ... Medical ... I'd like to know why I can't further my grievance?

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only
*( Boxes below should be checked in ink )*

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other

REVIEWED AND ROUTED BY SIMON 5295

ACTION TAKEN Grievance was considered closed by Sgt Harris

DATE TIME BY

RETURN TO (Inmate): MJ TR

EV Other

SO-1012 ( Rev. 7/03 )

Exibit 5
Dated
5/9/2017

PAGE. 3 of 3.

Exibit... 4.

InDex.... 1 of 11/ 2 of 11/ 3/of 11/ 4 of 11/ 5 of 11/ 6 of 11/ 7 of 11/ 8 of 11/ 9 of 11/ 10 of 11 11 of 11.....

1 thrau 11. PaGes. EmerGency Room Records.

BY. Docter. Binkowski. Allison M. Dated 5/1/17...

**Ventura County Medical Center**
**3291 Loma Vista, Ventura, CA. 93003**
**(805) 652- 6000**
Discharge Instructions (Patient)

---

**Name:** MURRAY, JOHNNY **Current Date:** 5/1/2017 18:21:27
America/Los_Angeles
**DOB:** 5/14/1968 12:00 AM **MRN:** 0000884034 **FIN:** 2004157209
**Reason For Visit:** Fall; Seizure; seizure
**Discharge Diagnosis:** Grand mal seizure

**Visit Date:** 5/01/2017 9:49 AM America/Los_Angeles
**Address:** 20 S LINDEN DR VENTURA CA 930041233
**Phone:** (805) 509-3337

**Primary Care Provider:**
**Name:** Chan, Tiffany C
**Phone:** (805) 641-5600

**Emergency Department Providers:**
Primary Provider:
Binkowski, Allison M

Primary Nurse:
Erin

Ventura County Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

MURRAY, JOHNNY has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Return to the ER immediately if you have new or worsening symptoms including headache, vomiting, lightheadedness or dizziness, or recurrent seizures | | |

Confidential Saved 2017-08-21T14:34:03Z

**With:** **Address:** **When:**

DILANTIN DOSE SHOULD BE INCREASED TO A TOTAL OF 330mg BEFORE BED EVERY DAY. REPEAT DILANTIN LEVELS IN 4 WEEKS.

**Patient Education Materials:**
HEAD INJURY w/ Wake-Up (Adult); SEIZURE, Recurrent [Adult]

## Head Injury with Sleep Monitoring (Adult)

You have a head injury. It does not appear serious at this time. But symptoms of a more serious problem, such as mild brain injury (concussion), or bruising or bleeding in the brain, may appear later. For this reason, you and someone caring for you will need to watch for the symptoms listed below. Once at home, also be sure to follow any care instructions you're given.

### Home care

#### Watch for the following symptoms

Someone must stay with you for the next 24 hours (or longer, if directed). If you fall asleep, this person should wake you up every 2 hours to check your symptoms. This is called sleep monitoring. Symptoms to watch for include:

- Headache
- Nausea or vomiting

Confidential Saved 2017-08-21T14:34:03Z

- Dizziness
- Sensitivity to light or noise
- Unusual sleepiness or grogginess
- Trouble falling asleep
- Personality changes
- Vision changes
- Memory loss
- Confusion
- Trouble walking or clumsiness
- Loss of consciousness (even for a short time)
- Inability to be awakened
- Stiff neck
- Weakness or numbness in any part of the body
- Seizures

**If you develop any of these symptoms, seek emergency medical medical care right away.** If none of these symptoms are noted during the first 24 hours, keep watching for symptoms for the next day or so. Ask your provider if someone should stay with you during this time.

**General care**

- If you were prescribed medicines for pain, use them as directed. Note: Don't use other pain medicines without checking with your provider first.
- To help reduce swelling and pain, apply a cold source to the injured area for up to 20 minutes at a time. Do this as often as directed. Use a cold pack or bag of ice wrapped in a thin towel. Never apply a cold source directly to the skin.
- If you have cuts or scrapes as a result of your injury, care for them as directed.
- For the next 24 hours (or longer, if instructed):
  - Don't drink alcohol or use sedatives or other medicines that make you sleepy.
  - Don't drive or operate machinery.
  - Don't do anything strenuous, such as heavy lifting or straining.
  - Limit tasks that require concentration. This includes reading, using a smartphone or computer, watching TV, and playing video games.
  - Don't return to sports or other activity that could result in another head injury.

Confidential Saved 2017-08-21T14:34:03Z

### Follow-up care

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Pain doesn't get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Redness, warmth, bleeding, or drainage from the injured area
- Any depression or bony abnormality in the injured area
- Fluid drainage or bleeding from the nose or ears

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Recurrent Seizure (Adult)

You have had another seizure today. A common cause of seizures that keep happening (recurrent seizures) is missing doses of seizure medicine. But sometimes seizures are difficult to control even when you take the medicine correctly. If this is the case for you, your health care provider may need to increase your dosage. Or you may need to add or change to another medicine.

### Home care

Follow these tips when caring for yourself at home. For this seizure:

- Seizures aren't predictable. So avoid doing anything that might cause danger to you or

Confidential Saved 2017-08-21T14:34:03Z

other people if you have another seizure. Until the seizures are under good control, take these precautions:

- Don't drive, ride a motorcycle, or ride a bicycle.
- Don't operate dangerous equipment such as power tools
- Take showers instead of baths.
- Don't swim or climb ladders, trees, or roofs.

- Tell your close friends and relatives about your seizure. Teach them what to do for you if it happens again.
- If medicine was prescribed to prevent seizures, take it exactly as directed. It does not work when taken "as needed." Missing doses will increase the risk of having another seizure.
- If you miss a dose, take the missed dose as soon as you remember. If it is almost time for your next dose, skip the missed dose. Restart the medicine at your next scheduled time. Don't take extra medicine to make up the missed dose.
- Wear a "Medic-Alert" bracelet to let emergency personnel know about your condition.

For future seizures, if you are alone:

If you feel a seizure coming on, lie down on a bed or on the floor with something soft under your head. Lie on your side, not on your back. This will keep you from falling. It will also let fluid drain out of your mouth and prevent choking. Be sure you are clear of any objects that might injure you during the seizure. Call for help if there is time.

For future seizures, if someone is with you:

The person should help you get into a safe position and call for help. The person shouldn't try to force anything in your mouth once the seizure begins. This could harm your teeth or jaw.

## Follow-up care

Follow up with your health care provider. Keep a seizure calendar to record how often you have a seizure. If you are being started on anti-seizure medicine, make sure that you use additional pregnancy protection. Seizure medicine can affect how well birth control pills work, and you could become pregnant. Avoid alcohol until your doctor tells you it's OK.

Note: For the safety of yourself and others on the road, certain states require that the treating doctor tell the Public Health Department about any adult who is treated for a seizure and is at risk of more seizures. In this case, the Department of Motor Vehicles will be told. A restriction will be put on your driver's license until a doctor gives you medical clearance to drive again. Contact your treating doctor to find out if your state requires the reporting of patients with a seizures condition.

## When to seek medical advice

Call your health care provider right away if any of these occur:

Confidential Saved 2017-08-21T14:34:03Z

- Seizures happen more often or last longer than usual
- A seizure lasts over 5 minutes
- You don't wake up between seizures
- Confusion that lasts more than 30 minutes after a seizure
- Injury during a seizure
- Fever over 100.4ºF (38.0ºC)
- Unusual irritability, drowsiness, or confusion
- Stiff or painful neck
- Headache that gets worse

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Final Active Medications List:**

**Other Medications**

**acetaminophen-HYDROcodone (Norco 10 mg-325 mg oral tablet)** 1 Tab Oral 3 times a day as needed for pain.

**gabapentin (gabapentin 300 mg oral capsule)** 1 Capsule Oral 2 times a day. Refills: 1.

**Misc Prescription (Nicotine 21mg transdermal patches)** Use as directed. Refills: 0.

**phenytoin (Dilantin 30 mg oral capsule, extended release)** 1 Capsule Oral once a day (at bedtime). Refills: 0.

**Allergy Info:** Vicodin; penicillin

**Medication Information:**

Ventura County Medical Center ED Physicians provided you with a complete list of medications post discharge, if you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Physician. Unless otherwise noted, patient will continue to take medications as prescribed prior to the Emergency Room visit. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**New Medications**

**Other Medications**

**phenytoin (Dilantin 30 mg oral capsule, extended release)** 1 Capsule Oral once a day (at bedtime).
Refills: 0.
Last Dose:____________________

**Medications that have not changed**

Confidential Saved 2017-08-21T14:34:03Z

Other Medications

**acetaminophen-HYDROcodone (Norco 10 mg-325 mg oral tablet)** 1 Tab Oral 3 times a day as needed for pain.
Last Dose:____________________

**gabapentin (gabapentin 300 mg oral capsule)** 1 Capsule Oral 2 times a day. Refills: 1.
Last Dose:____________________

**Misc Prescription (Nicotine 21mg transdermal patches)** Use as directed. Refills: 0.
Last Dose:____________________

**Major Tests and Procedures:**
The following procedures and tests were performed during your ED visit.

### Laboratory Orders

| Name | Status | Details |
|---|---|---|
| Auto Diff | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, 01-May-2017 10:43:00 PDT, 15791655.000000 |
| CBCD | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| CMP | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| DAS | Completed | Urine, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| Ethanol | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| Lipase | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| MG | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| PHOS | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| PTN | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |

Confidential Saved 2017-08-21T14:34:03Z

| | | |
|---|---|---|
| UADip w/ref to M/C | Completed | Urine, Clean Catch, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |

**Radiology Orders**

| Name | Status | Details |
|---|---|---|
| CT CHEST ABDOMEN PELVIS ANGIO TRAUMA | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type, 0 |
| CT CSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT HEAD W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT LSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT TSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| EKG (ER/INPATIENT/ URGENT AMBULATORY) | Ordered | 01-May-2017 15:20:00 PDT, Stat, 01-May-2017 15:20:00 PDT, Reason: Other (please specify), Bradycardia, Standard Precautions, No, Rad Type |
| MRI LUMBAR W/O CONTRAST | Completed | 01-May-2017 15:11:00 PDT, Stat, 01-May-2017 15:11:00 PDT, Reason: Other (please specify), possible T12 fracture on CT, 0.64 mg/dL, No, No, No, Patient Has IV, Rad Type, No, No, No |
| RAD FEMUR ROUTINE 2 VWS RIGHT | Completed | Yes, 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Other (please specify), Reason: Trauma, Transport Mode: Gurney, Standard Precautions, No |

Thoracic spine trauma ← Pain

**Cardiology Orders**

No cardiology orders were placed.

**Patient Care Orders**

No patient care orders were placed.

Confidential Saved 2017-08-21T14:34:03Z

**Comment:**

Confidential Saved 2017-08-21T14:34:03Z

I, MURRAY, JOHNNY, has been given the following list of patient education materials, prescriptions, and follow up instructions and has verbalized understanding:
HEAD INJURY w/ Wake-Up (Adult); SEIZURE, Recurrent [Adult]
[phenytoin (Dilantin 30 mg oral capsule, extended release)]

| With: | Address: | When: |
|---|---|---|
| Return to the ER immediately if you have new or worsening symptoms including headache, vomiting, lightheadedness or dizziness, or recurrent seizures | | |

| With: | Address: | When: |
|---|---|---|
| DILANTIN DOSE SHOULD BE INCREASED TO A TOTAL OF 330mg BEFORE BED EVERY DAY. REPEAT DILANTIN LEVELS IN 4 WEEKS. | | |

Patient Signature 5/1/2017 18:21:27 Provider Signature 5/1/2017 18:21:27

Confidential Saved 2017-08-21T14:34:03Z

MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**PHENYTOIN SODIUM EXTENDED 100 MG CAPSULE** (phenytoin sod ext 100 mg cap)
TAKE 4 CAPSULES BY MOUTH AT BEDTIME **DOT**

Fill Date: 6/21/2017
Days Supply: 30

Orig Fill Date: 6/21/2017
Expire Date: 7/21/2017

Rx#: 366938644
Doctor: J. SAUTER-NP

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| Admin Time | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | | | | | | | | | | | | | | |

*Allergies*

NO KNOWN DRUG ALLERGIES

Name: **MURRAY, JOHN**
DOB: 5/14/1968

Building: WSP-B Yard 3
CDCR #: **BD4172**

Housing: **B 003 1122001LP**

Additional Pages In Use: Yes No

6/21/2017 5:26:38 PM

Confidential Saved 2017-08-21T14:34:03Z

Exibit... 5...

InDex... 1 of 2. 2 of 2...

1 of 2. ComPreHensive Accommudation Chrono.
Ground floor.. Bottom Bunk. /Permanent....

2 of 2.... Confidential Transfer of Medical Information....
Needs Imediate Attention.....



BD4172

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

FACILITY: JAIL MEDICAL SERVICES, County of Ventura Sheriff's Department, 600 South Todd Road, Santa Paula, CA 93060

DATE FORM COMPLETED: 6-20-17

☑ NEEDS IMMEDIATE ATTENTION

☐ NO MEDICAL TREATMENT GIVEN PRIOR TO TRANSFER

INMATE NAME: Murray John Curtis

AKA:

DOB: 5-14-68

ALLERGIES:

MEDICAL / MENTAL HEALTH PROBLEMS: Seizure Disorder

| MEDICATIONS: | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| Dilantin | 400mg | PO | QHS | 6-2-17 | 7-30-17 |

TREATMENTS:

PREGNANT: ☐ YES ☒ NO ☐ UNKNOWN

TB SKIN TEST: NEG POS DATE: unable to locate

CHEST X-RAY: NEG POS DATE

OTHER LAB DATA:

TESTS: TREATED DATE

| | | | | | |
|---|---|---|---|---|---|
| RPR: | NEG | POS | YES | NO | |
| VDRL: | NEG | POS | YES | NO | |
| GC: | NEG | POS | YES | NO | |
| OTHER: | | | YES | NO | |

PENDING APPOINTMENTS:

IMMUNIZATIONS GIVEN: DATE

ATTACHMENTS: ☐ YES ☒ NO

COMPLETED BY: [signature] SIGNATURE / TITLE

TRANSPORT INSTRUCTIONS: ☒ UNIVERSAL BODY SUBSTANCE PRECAUTIONS

CTMI X2

Confidential Saved 2017-08-21T14:34:03Z

STATE OF CALIFORNIA
COMPREHENSIVE ACCOMMODATION CHRONO
CDCR 7410 (10/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 1

**A. HOUSING**

- ☐ Unrestricted
- ☐ Barrier Free/Wheelchair Access
- ☑ Ground Floor- Limited Stairs
- ☐ Ground Floor- No Stairs
- ☑ Bottom Bunk

- ◉ Permanent
- ○ Temporary
- ○ Expires on

**B. OTHER**

- ☐ Inmate Attendant/ Assistance
- ☐ Full Time Wheelchair User Accommodations
- ☐ Limited Wheelchair User Accommodations
- ☐ Transport Vehicle with Lift
- ☐ Restraint Alert for Non-Emergent Escort or Transportation
- ☐ Extra Time for Meals

**C. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS**

- ☐ UV Exposure Restriction - Restricting direct unprotected sunlight exposure for more than 30 minutes between the hours of 1000-1600
- ☐ Lifting Restriction - Unable to lift more than 19 pounds
- ☑ No rooftop work, no ladders, no hazardous machinery, no sharp objects, and no operating a motorized vehicles

☐ **D. NON FORMULARY ACCOMMODATION(S)**

**E. COMMENTS**

☐ See 7536 Durable Medical Equipment and Supply Receipt

| | | | |
|---|---|---|---|
| Clinician Name: | Sauter, Jeanette@CDCR | CDCR#: | bd4172 |
| Clinician Signature: | Digitally Authenticated | Last Name: | MURRAY |
| CME Name: | | First Name: | JOHNNY MI: C |
| CME Signature: (Non-Formulary Only) | | DOB: | 5/14/1968 |
| Date: | 7/7/2017 | Institution: | WSP |
| | | Housing: | B 003 1122001L |

This form has been approved electronically by Sauter, Jeanette@CDCR on 2017-07-07 08:10:41.

S.D. 480 Alta Road.
San Diego. CA 92179.

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

To. Court Clerk.
United States District Courts.
312 N. Spring Street Room G-8
Los Angeles CA. 90012.