# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV17-07129-CAS (AS) | Date | June 12, 2019 |
| Title | Johnny Curthus Murray v. Medical Supervisor James | | |

Present: The Honorable **Alka Sagar, United States Magistrate Judge**

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO FILE CASE MANAGEMENT REPORT AND TO OPPOSE DEFENDANT'S MOTION TO COMPEL DISCOVERY**

On March 29, 2019, the Court issued an Order Regarding Scheduling in Civil Rights Case directing each party to file and serve a Case Management Report on or before May 29, 2019. (Dkt. No. 37). The Case Management Reports are required to contain the following information:

- A. A brief description of the factual and legal issues raised in this case.
- B. A statement of the parties' discovery plans, including the completion of discovery to date, anticipated discovery to be conducted before the cut-off date, and any disputes / motions likely to be presented to the Court.
- C. A description of any motions that the parties anticipate filing. If the defense does not intend to file a case dispositive motion, this information will be included.
- D. The number of witnesses anticipated to testify at trial, and the nature of any expert witness testimony.
- E. The parties' time estimate for trial, and whether the matter will be a jury or bench trial.
- F. An explanation of the likelihood of settlement, and a statement of anticipated settlement or mediation methods to be used before trial.
- G. Any other information that the parties deem important to bring to the Court's attention.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-07129-CAS (AS) | Date | June 12, 2019 |
|---|---|---|---|
| Title | Johnny Curthus Murray v. Medical Supervisor James | | |

On May 29, 2019, Defendant filed her Case Management Report. (Dkt. No. 39). As of today, however, Plaintiff has not filed a Case Management Report or sought an extension of time to do so.

Moreover, on April 16, 2019, Defendant filed a Motion to Compel Responses to Interrogatories and Requests for Production of Documents. (Dkt. No. 38). In the Motion, Defendant asserts that she has served multiple discovery requests on Plaintiff, but Plaintiff has failed to respond in any manner. She seeks an Order compelling Plaintiff to provide responses to all of the discovery requests and to pay her reasonable expenses in bringing the Motion. (See id.). Although eight weeks have passed since Defendant filed the Motion, Plaintiff has not filed a Response to the Motion, nor has he sought an extension of time to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **June 26, 2019**, as to (1) why this action should not be dismissed with prejudice for failure to prosecute this action by filing a Case Management Report, and (2) why the Court should not grant Defendant's Motion to Compel due to Plaintiff's non-opposition (Dkt. No. 38).

This Order will be discharged upon the filing of: (1) a Case Management Report in accordance with the Court's March 29, 2019 Order; and (2) a Response to Defendant's Motion to Compel Responses to Interrogatories and Requests for Production of Documents. (Dkt. No. 38). **A copy of the Court's March 29, 2019 Order is attached for Plaintiff's convenience.**

//
//
//
//
//
//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-07129-CAS (AS) | Date | June 12, 2019 |
|---|---|---|---|
| Title | Johnny Curthus Murray v. Medical Supervisor James | | |

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order may result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Christina A. Snyder
    United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |