# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHNNY CURTHUS MURRAY, | ) Case No. CV 17-7129-CAS (AS) |
| Plaintiff, | ) **ORDER ACCEPTING FINDINGS,** |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| MEDICAL SUPERVISOR JAMES, | ) **OF UNITED STATES MAGISTRATE** |
| Defendants. | ) **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order

2    and the Judgment herein on Plaintiff at her current address of record.

3

4        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5

6        DATED: _____August 28, 2019_____.

7

8

9    _____
         CHRISTINA A. SNYDER
10        UNITED STATES DISTRICT JUDGE