JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOHNNY CURTHUS MURRAY, )<br><br>                Plaintiff,        )<br><br>          v.                )<br><br>MEDICAL SUPERVISOR JAMES,  )<br><br>                Defendants.      ) | Case No. CV 17-7129-CAS (AS)<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the above-captioned action is dismissed  with prejudice.

      DATED: <u>    August 28, 2019                </u>.


                              _____
                                   CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE